**JOHNSON SERVICE COMPANY, Plaintiff-Appellant, v. AMERICAN CASUALTY COMPANY, Defendant-Appellee.**

Ohio Appeals, Tenth District, Franklin County.

No. 5638. Decided December 4, 1957.

Lurie & Gifford, Benjamin F. Levinson, Columbus, for plaintiff-appellant.

J. Paul McNamara, Columbus, for defendant-appellee.

**OPINION**

Per CURIAM.

This is an appeal on questions of law from judgment of the Franklin County Common Pleas Court in favor of the American Casualty Company, defendant-appellee. We have carefully considered the assignment of errors, briefs of the parties and record. Finding no error therein prejudicial to plaintiff-appellant, the said assignment is overruled and the judgment of the court below is hereby affirmed.

PETREE, PJ, BRYANT and MILLER JJ, concur.